**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY MARANO COMPANY, )<br>        Plaintiff, )<br> )<br>vs. )<br> )<br>KENOSHA FRESH MARKET, LLC a/t/a )<br>KENOSHA FRESH MARKET, PAUL )<br>ANGELOPOULOS and DENNIS GARBIS, )<br>        Defendants. ) | Case No. 1:12-cv-06164<br><br>Judge: John F. Grady<br><br>Magistrate Judge: Susan E. Cox |

**MOTION TO WITHDRAW
MOTION FOR TEMPORAY RESTRAING ORDER WITH NOTICE AND
MOTION FOR PRELIMINARY INJUNCTION**

Anthony Marano Company ("AMC"), for its complaint against Defendants, Kenosha Fresh Market, LLC a/t/a Kenosha Fresh Market (hereinafter "Kenosha Fresh Market") and Paul Angelopoulos and Dennis Garbis (hereinafter collectively "Defendants"), respectfully requests leave to withdraw its Motion for Temporary Restraining Order with Notice and Motion for Preliminary Injunction. In support of this motion, Raccuglia states as follows:

    1. On August 6, 2012, AMC filed its Motion for Temporary Restraining Order with Notice Dkt No. [5].

    2. On August 6, 2012, AMC filed its Motion for Preliminary Injunction Dkt No. [6].

    3. The motion for Motion for Temporary Restraining Order with Notice Dkt No. [5] is scheduled for presentment before the Honorable John W. Darrah on August 7, 2012 at 1:30 PM.

    4. On August 7, 2012, one or more of the Defendants made contact with AMC to resolve the matter.

WHEREFORE, Plaintiff, AMC respectfully requests leave to withdraw its Motion for Temporary Restraining Order with Notice Dkt No. [5], Motion for Preliminary Injunction Dkt

No. [6] and that the date set for presentment of the Motion for Temporary Restraining Order Dkt No. [5], August 7, 2012, be struck.

This 7th day of August, 2012            Respectfully submitted,

                                                             By:  /s/ Robert Marcus
                                                                    Robert B. Marcus, #6304891
                                                                    Michael Maksimovich Atty at Law, P.C.
                                                                    8643 Ogden Avenue
                                                                    Lyons, Illinois 60534
                                                                    (708) 447-1040    (708) 447-1846 - Fax
                                                                    rmarcus@attorneymm.com
                                                                    *Counsel for Anthony Marano Company*